# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. PHIFER,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendant. | CASE NO. 06CV790<br><br>**ORDER (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE** |

　　　Presently before the Court is Defendant's motion to withdraw its pending motion for summary judgment. [Doc. No. 36.] On August 21, 2007, Defendant filed its motion for summary judgment. [Doc. No. 13.] Subsequently, the parties engaged in mediation, which ultimately led to an agreement in principle to settle the case. [Def.'s Motion at 2.] The written settlement agreement is being finalized, and the settlement is contingent upon approval by the United States Bankruptcy Court for the Southern District of California (In Re Daniel W. Phifer, Jr., Case No. 06-00765). [Id.]

　　　Due to this settlement agreement, Defendant requests that the Court grant its motion to withdraw its pending motion for summary judgment. Defendant also requests that the withdrawal be without prejudice so that it can re-notice the motion for hearing if the Bankruptcy Court fails to approve the settlement, or if other issues arise that prevent the finalization of the settlement.

1       Good cause appearing, this Court **GRANTS** Defendant's motion to withdraw its pending motion for summary judgment without prejudice.  Defendant **SHALL** notify the Court in the event that the Bankruptcy Court approves the settlement.

      IT IS SO ORDERED.

DATED: December 18, 2007

                                           *Janis L. Sammartino*
                                           Honorable Janis L. Sammartino
                                           United States District Judge